| | |
|---|---|
| **WEISBERG LAW** | **SCHAFKOPF LAW LLC** |
| Matthew B. Weisberg, Attorney ID No.: 85570 | Gary Schafkopf, Attorney ID No. 83362 |
| 7 South Morton Ave. | 11 Bala Ave |
| Morton, PA | Bala Cynwyd, PA 19004 |
| 610-690-0801 | 610-664-5200 Ext 104 |
| Fax: 610-690-0880 | Fax: 888-238-1334 |
| **Attorney for Plaintiff** | **Attorney for Plaintiff** |

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MATTHEW TOMCZAK** | |
| 115 East Kings Highway | |
| Maple Shade, NJ 08052 | |
| | DOCKET NO. |
| Plaintiff, | |
| v. | JURY OF TWELVE (12) JURORS DEMANDED |
| **STRIPES, LLC** | |
| 211 E. 7th Street | CIVIL ACTION COMPLAINT |
| Suite 620 | |
| Austin, TX 78701 | |
| and | |
| **SUNOCO LP** | |
| 211 E. 7th Street | |
| Suite 620 | |
| Austin, TX 78701 | |
| Defendant. | |

## CIVIL ACTION COMPLAINT

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Matthew Tomczak, is an adult individual residing at the above captioned address.

2. Defendant, Stripes, LLC is/was a domestic limited company at the time in question. This Defendant may be served through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service at the above captioned address.

3. Defendant, Sunoco LP, is a foreign limited partnership doing business in the State of New Jersey. This Defendant may be served through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service at the above captioned address.

4. Jurisdiction in this Honorable Court is based on a diversity of parties conferred by 28 U.S.C. § 1332, the amount in controversy, exclusive of interest and costs exceeds the sum of $75,000.00; as well as federal question, 28 U.S.C. §1331.

5. Venue is proper in the United States District Court for The District of New Jersey as the transactions and occurrences that give rise to the cause of action have taken place in the District of New Jersey.

## OPERATIVE FACTS

6. Plaintiff, Matthew Tomczak is a former employee Defendant, Stripes LLC.

7. During the course of his employment Plaintiff was provided health care coverage.

8. Defendants deducted money from Plaintiff's pay for his health insurance coverage.

9. Plaintiff was provided a health care plan from Blue Cross Blue Shield, which included Medical, Dental, Vision and Long-Term Disability.

10. Defendant, Stripes LLC also paid into the health plan (including Medical and Long-Term Disability) on a weekly basis.

11. On or about September 13, 2018, Plaintiff started to have severe swelling in his left foot.

12. On or about September 14, 2019, Plaintiff was admitted to the Emergency Room at Virtual Marlow Hospital (in Marlton, NJ).

13. While in the hospital Plaintiff continued to work by phone.

14. On or about September 18, 2018, Plaintiff experienced a massive stroke.

15. Between September 19, 2018 and October 3, 2018, Plaintiff had prepared documents to request temporary disability and intended to submit documents to Defendants employer soon as he would be discharged by the hospital.

16. Without out any notice Defendant terminated Plaintiff's insurance coverage on September 30, 2018.

17. On or about October 3, 2018, while Plaintiff was still in hospital, Plaintiff discovered that his insurance coverage had been terminated.

18. In December of 2018, Plaintiff was diagnosed as permanently disabled.

19. Defendants wrongfully terminated Plaintiff's health insurance.

## COUNT I- ERISA

20. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

21. At all times pertinent, and since September 18, 2018, Plaintiff has been disabled from performing the material and substantial duties of his regular occupation and any gainful occupation due to his medical conditions and symptoms including, the symptoms arising from and due to his medical issues, he is entitled to continuing long term disability and medical benefits due under the Policy/Plan.

22. Defendant Stripes LLC's termination of Plaintiff's health insurance including long-term disability benefits and medical benefits, was arbitrary and capricious inasmuch as it was not reasonable, was not supported by the evidence of record, failed to properly consider and address key medical and other evidence as well as the totality of evidence and resulted from a very narrow, limited, tainted, biased, deficient and otherwise erroneous claim review and process; indeed, Defendant Stripes LLC's termination of Plaintiff's

health insurance was wrong under any ERlSA standard of review, including a *de novo* review or lessened difference due to Defendant Stripes LLC's procedural violations and irregularities, bias, and conflicts of interest , *inter alia.*

23. Due to its procedural violations and irregularities, and other biased, self-serving claim handling, Defendant Stripes LLC is not entitled to any deference and /or any deference must be diminished to address and counter Stripes LLC's errors and bias.

24. As a direct result of Defendant Stripes LLC's violations of ERISA, Plaintiff has been denied payment of his health insurance benefits, which benefits plus interest, he is entitled to recover and seeks herein.

25. As a direct result of Defendant Stripes LLC 's wrongful termination of health insurance benefits and violations of ERISA, Plaintiff has been deprived and lost ancillary benefits, including but not limited to health, dental and other benefits, which he is entitled to recover and seeks herein.

26. As a direct result of Defendant Stripes LLC 's wrongful termination of health insurance benefits and violations of ERISA, Plaintiff has been required to retain counsel and incur attorney's fees and other costs and expenses.

27. As a direct result of Defendant Stripes LLC's wrongful termination of health insurance benefits and a violation of ERISA, Plaintiff seeks and is entitled to other appropriate equitable relief to counter and prevent any future retaliatory actions by Stripes LLC.

**WHEREFORE**, Plaintiff demands judgment in his favor and against Defendant, for an amount in excess of $75,000.00, plus interest, costs of suit and attorney fees, punitive damages, and other relief which this Honorable Court deems necessary and just,

Respectfully Submitted,

| | |
|---|---|
| WEISBERG LAW | SCHAFKOPF LAW, LLC |
| BY: */s/ Matthew Weisberg* <br> MATTHEW B. WEISBERG, ESQ | BY: */s/ Gary Schafkopf* <br> GARY SCHAFKOPF, ESQ. |
| DATE: 10-30-19 | DATE: 10-30-19 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❒ 1  U.S. Government Plaintiff
- ❒ 2  U.S. Government Defendant
- ❒ 3  Federal Question *(U.S. Government Not a Party)*
- ❒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane | ❒ 365 Personal Injury - Product Liability | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product Liability | ❒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument | ❒ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | ❒ 330 Federal Employers' Liability | | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | ❒ 340 Marine | ❒ 368 Asbestos Personal Injury Product Liability | | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❒ 345 Marine Product Liability | | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and Corrupt Organizations |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle Product Liability | ❒ 370 Other Fraud | ❒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❒ 480 Consumer Credit |
| ❒ 190 Other Contract | ❒ 360 Other Personal Injury | ❒ 371 Truth in Lending | ❒ 720 Labor/Management Relations | ❒ 861 HIA (1395ff) | ❒ 490 Cable/Sat TV |
| ❒ 195 Contract Product Liability | ❒ 362 Personal Injury - Medical Malpractice | ❒ 380 Other Personal Property Damage | ❒ 740 Railway Labor Act | ❒ 862 Black Lung (923) | ❒ 850 Securities/Commodities/ Exchange |
| ❒ 196 Franchise | | ❒ 385 Property Damage Product Liability | ❒ 751 Family and Medical Leave Act | ❒ 863 DIWC/DIWW (405(g)) | ❒ 890 Other Statutory Actions |
| | | | ❒ 790 Other Labor Litigation | ❒ 864 SSID Title XVI | ❒ 891 Agricultural Acts |
| | | | ❒ 791 Employee Retirement Income Security Act | ❒ 865 RSI (405(g)) | ❒ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ❒ 895 Freedom of Information Act |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ❒ 896 Arbitration |
| ❒ 220 Foreclosure | ❒ 441 Voting | ❒ 463 Alien Detainee | | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment | ❒ 510 Motions to Vacate Sentence | | ❒ 871 IRS—Third Party 26 USC 7609 | |
| ❒ 240 Torts to Land | ❒ 443 Housing/ Accommodations | ❒ 530 General | | | ❒ 950 Constitutionality of State Statutes |
| ❒ 245 Tort Product Liability | ❒ 445 Amer. w/Disabilities - Employment | ❒ 535 Death Penalty | **IMMIGRATION** | | |
| ❒ 290 All Other Real Property | ❒ 446 Amer. w/Disabilities - Other | **Other:** | ❒ 462 Naturalization Application | | |
| | ❒ 448 Education | ❒ 540 Mandamus & Other | ❒ 465 Other Immigration Actions | | |
| | | ❒ 550 Civil Rights | | | |
| | | ❒ 555 Prison Condition | | | |
| | | ❒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❒ 1 Original Proceeding
- ❒ 2 Removed from State Court
- ❒ 3 Remanded from Appellate Court
- ❒ 4 Reinstated or Reopened
- ❒ 5 Transferred from Another District *(specify)*
- ❒ 6 Multidistrict Litigation - Transfer
- ❒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ❒ Yes ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____