**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MATTHEW TOMCZAK,

Plaintiff,

v.

STRIPES, LLC, et al.,

Defendants.

1:19-cv-19524-NLH-JS

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 12th day of February, 2021

ORDERED that Defendants' Motion for Summary Judgment, [ECF No. 23] be, and the same hereby is, GRANTED; and it is further

ORDERED the Clerk of the Court is directed to mark this matter as CLOSED.

Date: February 12, 2021
At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.